**PRISONER CASE** 



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** STANLEY A. SLUPKOWSKI

**Defendant(s):** OFFICE OF THE INSPECTOR GENERAL FOR THE SOCIAL SECURITY INVESTIGATIONS ASSISTANT, et al.

**County of Residence:** US, Outside the State of IL

**County of Residence:**

**Plaintiff's Address:**
Stanley A Slupkowski
#19289-083
Rochester - FMC
P.O. Box 4000
Rochester, MN 55903

**Defendant's Attorney:**
AUSA
United States Attorney's Office
219 South Dearborn
Chicago, IL 60604

FILED
APR 2 8 2008
Apr 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 2. U.S. Government Defendant
[ ] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

08CV2402
JUDGE LINDBERG
MAG. JUDGE ASHMAN

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 28:1331b

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodham*  **Date:** 04/28/2008