**FILED**
APR 2 8 2008
Apr 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STANLEY A. SLUPKOWSKI
FMC 19289-083 BLDG 1-2
FEDERAL MEDICAL CENTER
P.O. BOX 4000, ROCHESTER MN., 55903-4000

*Petitioner*

INSPECTOR GENERAL SOCIAL SEC
JUDGE ADVOCATE GENERAL USN/USMC
REGIONAL COUNSEL VETEARANS AFFAIRS

*Respondent(s)*

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

CIVIL COMPLAINT 28:1361 10:1552
10:6160 AND 38:109

I, S.A. SLUPKOWSKI FMC 19289-083, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☒ Yes   ☐ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. VOLREHAB WORKSHOP FMC ROCHESTER
   
   8-9 MONTHLY

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?    ☐ Yes  ☒ No
   d. Gifts or inheritances?                             ☐ Yes  ☒ No
   e. Any other sources? VA SERVICE CONNECTED             ☒ Yes  ☐ No
      DISABILITY

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: $520.00 MONTHLY

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)* ☒ Yes  ☐ No

   If the answer is yes, state the total value of the items owned: OVER $30,000.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☒ No

   If the answer is yes, describe the property and state its app

**08CV2402
JUDGE LINDBERG
MAG. JUDGE ASHMAN**

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C § 2241)
CV-27 (02/05)
Page 6 of 7

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

_____

_____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on __22 APR 2008__                 _/s/ STANLEY A. SLUPKOWSKI PRO SE:_
              *Date*                           *Signature of Petitioner*

```
The below does not pertain to civilly commited, we are not "PRISONERS"
PURSUANT TO 28:1915N14, NO THREE STRIKE, NO FILING FEES, DOES NOT HAVE TO
STATE FINANCIAL REORTING AND EXHAUSTION REQUIREMENTS, MERIT OR LACK OF
MERIT IS NOT TEST FOR DETERMINING WHETHER PETITIONER SHOULD PROCEED IN
FORMA, PAUPERIS 28:1915N33
```

**CERTIFICATE**

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:

_____

_____

_____

_____

_____

_____

_____

_____                              _____
       *Date*                                       *Authorized Officer of Institution*

                                                    _____
                                                       *Title of Officer*