# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | GEORGE W. LINDBERG | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2402 | **DATE** | May 28, 2008 |
| **CASE TITLE** | Stanley A. Slupkowski (#19289-083) v. Office of the Inspector General for the Social Security Investigations Assistant | | |

**DOCKET ENTRY TEXT:**

The Court denies Plaintiff's motion for leave to file *in forma pauperis* [3] and dismisses this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

■ [For further details see text below.]      Docketing to mail notices.

## STATEMENT

    Plaintiff Stanley A. Slupkowski, currently an inmate at the Federal Medical Center in Butner, North Carolina, brings this *pro se* action seeking to compel an officer of the United States to perform his duty. Plaintiff is civilly committed under 18 U.S.C. §§ 4246 and 4247. *See Slupkowski v. The United States*, No. 5:07-ct-03010-H (E.D.N.C. (order of April 18, 2007, Howard, J.)). The Prison Litigation Reform Act accordingly does not apply to him.

    According to the U.S. Party/Case Index, Plaintiff has brought 38 cases in various courts around the country since 2004. Most of the cases have been found to be frivolous. *See, e.g., Slupkowski v. The United States*, No. 5:07-ct-03010-H (E.D. N.C.) (order of April 18, 2007, Howard, J.); *Slupkowski v. Dept. of U.S. Navy*, No. 4:07-cv-00760-FJG (W.D. Mo.) (order of October 20, 2007, Gaitan, J.); and *Slupkowski v. The United States Inspector General*, No. 8:07-cv-00079-PJM (S.D. Md.) (order of January 17, 2007, Messitte, J.).

    In this rambling, almost incoherent complaint, Plaintiff appears to be seeking to have medical and social security records turned over to the District Court for the District of Columbia. He also makes complaints about legal mail being undeliverable and seeks to have the Congressional Medal of Honor awarded posthumously to actress Audrey Hepburn.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|

**STATEMENT**

The Supreme Court emphasized in *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), that the term frivolous as used in § 1915(d) "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." Federal courts are thus empowered to summarily dismiss as frivolous "claims describing fantastic or delusional scenarios." *Id*. at 328. Plaintiff's complaint is obviously delusional.

Accordingly, finding no arguable legal basis for the complaint, the Court denies Plaintiff's motion for leave to file *in forma pauperis*, *see Denton v. Hernandez*, 504 U.S. 25, 33-34 (1992); *Neitzke v. Williams*, 490 U.S. 319 (1989), and dismisses this action pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).