# United States District Court
## Northern District of Illinois
### Eastern Division

Stanley A. Slupkowski                 **JUDGMENT IN A CIVIL CASE**

    v.                                     Case Number: 08 C 2402

Office of the Inspector General for the
Social Security Investigations
Assistant

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court dismisses this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

                                                           Michael W. Dobbins, Clerk of Court

Date: 5/28/2008                               _____
                                                    /s/ Sandra L. Brooks, Deputy Clerk

Case 1:08-cv-02402 Document 6 Filed 05/28/2008 Page 2 of 2