

```
                    IN THE HOUSE OF
               STANLEY A. SLUPKOWSKI STANLEY A. POST
          FMC 19289-083 SSAN 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 VAC 27-750-637
                    FEDERAL MEDICAL CENTER BLDG 1-2
                 P.O. BOX 4000 ROCHESTER MN., 55903-4000
```

FIRST CLASS MAIL                                     16 JUNE 2008
                                                     5600
                                                     SAS:sas

FROM:  STANLEY A. SLUPKOWSKI                         **FILED**

TO:    DISTRICT CLERK
       U.S. DISTRICT CLERK                           JUN 2 5 2008
       FOR THE NORTHERN DISTRICT OF ILLINOIS         6-25-2008
       219 SOUTH DEARBORN STREET                     MICHAEL W. DOBBINS
       CHICAGO IL., 60604                            CLERK, U.S. DISTRICT COURT

SUBJ:: SLUPKOWSKI V OFFICE OF THE INSPECTOR GENERAL SPECIAL AGENT (SS)
       CHICAGO IL., JUDGE ADVOCATE GENERAL GREAT LAKES NAVAL COMMAND IL.,
       REGIONAL COUNSEL VETERANS AFFAIERS CHICAGO IL., CASE NO., 08-
       C 2402

REF:   (a) 10:1552, is a Department of the Navy Proceeding.

1. Pursuant to reference (a), case is transfered to District of Columbia District to subpoena the Secretary of the Navy, Secretary of Veterans Affairs, and Secretary of Health and Services to this court to transfer medical records to the District of Columbia for legal proceedings, and for the District of Columbia respondents to sign documents so proceedings could be held in CA.,.

2. Department of the Navy proceedings are not to be processed under prison litigation reform act this is why this agency proceedings are frivolous. If they were processed as civil complaints and pursuant to Department of the Navy, Veterans Affairs, and Health and Human Services regulations they would have resolved matters instead of causing more legal proceedings to strighten out prisoner litigation reform acts nonsense, interference with Department of the Navy proceedings. Prison Litigation Reform Act and Department of the Navy proceedings.

3. It was explained what what was needed to hold proceedings in CA., and your court would not assist. The Petitioner has caught the Bureau of Prisons FMC Butner NC., and FMC Rochester MN., taking parts of petitions and shuffle them with other petitions of the Petitioner or petitions of other Petitioners, causing incoherent petitions.

4. Your statement of 28 May 2008, which was received today is incoherent, the Petitioner has no idea what the court is even talking about.

                                           /s/ STANLEY A. SLUPKOWSKI